# United States District Court
## *Southern District of Georgia*

WILLIE MCCONNELL,

        Petitioner,

                                  JUDGMENT IN A CIVIL CASE

        **v.**
                              CASE NUMBER: 6:16-cv-84
                                            (Criminal Case No.: 6:04-cr-13)

UNITED STATES OF AMERICA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated May 8, 2019, McConnell's 28 U.S.C. § 2255

Motion is dismissed and the issuance of a certificate of appealability is denied. This case stands

closed.

Approved by: _____

May 10, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*